**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADAPTIVE DATA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-1553-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| CAVIUM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

Plaintiff Adaptive Data LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant has not yet answered the Complaint. Accordingly, Adaptive Data LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).

Dated:  January 23, 2015                         STAMOULIS & WEINBLATT LLC

                                                  */s/ Stamatios Stamoulis*
                                                  Stamatios Stamoulis #4606
                                                  stamoulis@swdelaw.com
                                                  Richard C. Weinblatt #5080
                                                  weinblatt@swdelaw.com
                                                  Two Fox Point Centre
                                                  6 Denny Road, Suite 307
                                                  Wilmington, DE 19809
                                                  Telephone:  (302) 999-1540

                                                  *Counsel for Plaintiff
                                                  Adaptive Data LLC*